ERIC GRANT
United States Attorney
NICOLE MOODY
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
**Mar 20, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARRIE WALLACE,

Defendant.

CASE NO. 2:26-cr-0036 DAD

18 U.S.C. § 1365(a)(4) – Tampering with Consumer Products and 18 U.S.C. § 1709 – Mail Theft by Postal Employee

# I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 1365(a)(4) – Tampering with Consumer Products]

The United States Attorney charges: T H A T

CARRIE WALLACE,

defendant herein, on or about August 20, 2024, in the County of El Dorado, State and Eastern District of California, with reckless disregard for the risk that another person would be placed in danger of death and bodily injury and under circumstances manifesting extreme indifference to such risks, did tamper with a consumer product, label, and container that affected interstate and foreign commerce, specifically WALLACE replaced prescription medication contained within a United States Postal Service parcel with over the counter medication, in violation of Title 18, United States Code, Section 1365(a)(4).

///

///

<u>COUNT TWO</u>: [18 U.S.C. § 1709 – Mail Theft by Postal Employee]

The United States Attorney charges: T H A T

CARRIE WALLACE,

defendant herein, on or about January 24, 2025 and continuing through on or about January 27, 2025, in the County of El Dorado, State and Eastern District of California, being a United States Postal Service employee, did embezzle a package and articles and things contained therein, specifically a parcel addressed to J.W., all of which had been entrusted to WALLACE and which had come into WALLACE's possession intended to be conveyed by mail and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the United States Postal Service, in violation of Title 18, United States Code, Section 1709.

Dated:

ERIC GRANT
United States Attorney

By: Nicole Moody
NICOLE MOODY
Special Assistant United States Attorney

**United States v. Carrie Wallace**
**Penalties for Information**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 1365(a)(4) – Tampering with Consumer Products

PENALTIES: A maximum of up to 10 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of not more than 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 2:**

VIOLATION: 18 U.S.C. § 1709 – Mail Theft by Employee

PENALTIES: A maximum of up to 5 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at not more than 3 years

SPECIAL ASSESSMENT: $100 (mandatory)