IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CARRIE WALLACE,

Defendant.

Case №:2:26-cr-00036-DAD

**O R D E R**
**WITHDRAWING THE FEDERAL DEFENDER**
**AND APPOINTING CJA COUNSEL**

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

IT IS SO ORDERED.

Dated:   **April 10, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

*US v. Wallace*                    1                    Order Withdrawing the Federal
Defender and Appointing CJA Counsel