MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA  95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com


Attorney for Defendant
CARRIE WALLACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:26-CR-00036 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING DATE; ORDER |
| vs. | ) | |
| | ) | Date: September 21, 2026 |
| CARRIE WALLACE, | ) | Time: 9:30 a.m. |
| | ) | Judge: Honorable Dale. A. Drozd |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Nicole Moody, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Carrie Wallance, that the previously-scheduled sentencing date of August 10, 2026, be continued to **September 21, 2026**, at 9:30 a.m. or such time thereafter as the Court is available.

The requested continuance will allow Ms. Wallace's defense counsel to conduct additional investigation and records collection necessary to present mitigation relevant to the 3553(a) analysis by probation and the Court. The parties further request that the Court modify the presentence schedule as set forth below. Both the parties and the probation officer are available for sentencing on September 21, 2026.

Judgment and Sentencing Date:          September 21, 2026

Reply, or Statement of Non-Opposition:  September 14, 2026

Formal Objections:                      September 7, 2026

Final PSR:                              August 24, 2026

Informal Objections:                    August 17, 2026

Draft PSR Disclosed:                    August 3, 2026

Respectfully submitted,

Dated: July 8, 2026

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Attorney for Defendant
CARRIE WALLACE

Dated: July 8, 2026                ERIC GRANT
United States Attorney

/s/ Nicole Moody
NICOLE MOODY
Assistant U.S. Attorney
Attorney for Plaintiff

Stipulation and Proposed Order to Continue Sentencing Hearing Date and Modify PSR Schedule
2

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The sentencing hearing previously set for August 10, 2026, is hereby continued to September 21, 2026, at 9:30 a.m. and the presentence report related dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:    **July 8, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order to Continue Sentencing Hearing Date and Modify PSR Schedule

3