**Overview**

Ms. Carrie Wallace is a 48-year-old woman who has been awaiting sentencing since March 27th 2026, following a guilty plea pursuant to a written plea agreement to the charges of Tampering with a Consumer Product and Mail Theft by a Postal Employee. After a series of surgeries and a lack of support or reasonable accommodations at work, Carrie injured her back at work and was unable to get disability insurance to supplement her income. Carrie began to rely on opioid pain relievers in order to continue to function, which led her to the offense conduct of stealing pain pills from the mail.

After her plea was entered, Carrie moved out of her house in July 2026 to live with and support her aging mother in Fort Bragg, California. Carrie is currently seeing a counselor to address her depression and her most recent suicide attempt. Carrie's friends and family describe her as a kind, generous woman who always puts the needs of others before herself and would give anyone in need the shirt off her back.

**Social History**

***Childhood (1978-1996)***

Carrie Wallace was born on February 8,1978 and was raised in Fort Bragg, California, a small coastal town of 7,000. Incomes in this area are moderate to low, (average family income in Mendicino County was $26,443 in 1979) and there is no sizeable industry in the area since the closure of the mill that was the main employment opportunity in town. Carrie lived with her mother, father and older sister until a tumultuous divorce when she was 9. At that point, stability in the home declined. Carrie reports that shortly after her parents' divorce, her sister Tracy (13 at the time) began using drugs and drinking, possibly with her father. Her mother remarried and it was a difficult transition for the family. Throughout Carrie's pre-teen and teenage years, her sister continued to abuse drugs and was in and out of jail and Carrie's contact with her father was limited and sporadic, especially after he lost his job when the mill closed in the early 90s.

Though she enjoyed school and was a good student, Carrie struggled with her weight throughout her childhood and was bullied throughout school. This led to feelings of depression and caused her to find solace in food and gain more weight. Despite this, Carrie's outgoing and caring personality led her to make many good friendships, some of which have lasted decades. She was in the choir, loved to hang out at the bowling alley, and volunteered at her sister's daycare where she was loved by the children.

***Early Adulthood (1997-2007)***

After high school, Carrie turned her love of bowling into a nearly full-time job at the bowling alley where she was adored by the management and customers. She was living with her mother and step-father, picking up other odd jobs around Fort Bragg. She continued working at the bowling alley for eight years, until, at age 25, she began looking for a more stable career.

Encouraged by her mother who worked at the local post office, she found a job with the US Postal service in Bolinas, a Marin County town about four hours south of Fort Bragg. This was her first move away from home, and she enjoyed her work. After two years, at age 27, she transferred to another post office in Mendocino County. It was here that she began an unstable relationship with a partner from a strict and conservative family. In 2005, at age 28, she was pressured into having an abortion by her partner. When this tumultuous relationship ended, Carrie transferred again to a post office in Ross, CA where she worked for seven years.

***Adulthood (2008-2025)***

In 2012, weighing nearly 400 pounds, Carrie underwent gastric bypass surgery. She was devoted to her weight loss program and worked hard to lose 200 pounds. Although the weight loss had helped, Carrie began experiencing chronic knee pain. She moved to Sacramento to live with her sister Tracy, who had gone to rehab and was faithful to her 12-Step program. Even though Carrie was working on healing herself, she was a helpful, supportive roommate, always pitching in when needed. She was working in Marin County and was commuting 90 miles to work for eight months. Both Carrie and her sister were enjoying the living situation and wanted it to continue, but the long commute was wearing on her and Carrie found a closer post office in Knight’s Landing, CA to continue her work.

In 2013, the physical nature of her work at the post office caused her knee pain to increase drastically and she underwent a full knee replacement surgery. This was the first time she was prescribed opioid pain relievers for an extended period of time. She continued to work in a physically demanding job with the USPS, and she was prescribed Oxycodone for a year and a half.

In 2015, Carrie got a DUI. She was immediately remorseful and took full responsibility for her mistake. She completed her diversion program with fidelity and was determined to never repeat her offense. She has not driven after drinking since the incident. This was the start of her major depression, which has lasted twelve years and affects every aspect of her life. She continued to be a hard worker and reliable support for family and friends however she could, providing for others

financially and always reaching out to friends who were going through hard times of their own.

In 2016, after moving to the Placerville branch of the post office, Carrie began dating the man who would become her ex-husband. Over the next two years, Carrie had three miscarriages and was dealing with the possibility she might not realize her lifelong dream of becoming a mother. She was devastated. Through this, her partner was not supportive and was financially dependent on Carrie's income.

Carrie experienced sudden, inexplicable hearing loss in 2019 and is now deaf in her right ear. Doctors were unable to explain the cause. At this time, she experienced harassment at work from some coworkers who were tired of having to repeat themselves. With nothing else to be done, she got a hearing aid which helped, but it was still hard to hear others over the noise of the post office. She is still hard-of-hearing, and must constantly be aware of her disability as she navigates her life.

Carrie and her partner were married on July 19, 2020. She bought them a house in Pollock Pines, CA, in September 2021 that was only 13 miles from her work. He had become abusive, and just two months later, in December 2021 they initiated divorce proceedings due to his infidelity. He has made no effort to pay her back for her financial contributions during their relationship. She was a dedicated and self-sufficient home owner, maintaining a well for drinking water and responsibly managing propane use for power on her property. She continued to make the 5.5 hour drive back to Fort Bragg regularly to help her mother whose health was in decline and had to have heart surgery. At this point, she was the only family member still living in-state and her visits were frequent. Even as her mother's health improved, Carrie continued to visit to help with gardening and other household tasks. During this time she remained fully dedicated to her job and was known as a hard worker who would do anything to help out a colleague.

When she injured her back at work in 2023, she was unable to get disability and was reluctant to ask for accommodations at work for fear of being judged by coworkers, some of who believed she already received unfair treatment. She was in a lot of pain and was prescribed Tramadol by her physician in Placerville. Through this, she continued to be a dedicated postal worker, working the night shift sorting packages and on her feet for nine or ten hours a day.

**Current Situation (2026)**

Carrie has consistently been taken advantage of by her romantic partners, always giving more than she got in return. She has supported them and even their families financially. The men she has dated have used her for money and often left her suddenly with no reason. The boyfriend she had been dating and financially

supporting since 2023 abruptly left her on her birthday of this year. He made no effort to contact or repay her.

Her depression from abuse, divorce, chronic pain and medical issues overwhelmed her. She attempted suicide two days after her birthday this year and was in the hospital for four days. She then began counseling and credits the companionship of her sweet dog for helping her not repeat her attempt.

Since her arrest, Carrie has not regularly taken anything besides medication for severe muscle spasms, an antidepressant and occasional sleep aids. She was prescribed opioid pain relievers for a surgery in late 2025, but immediately stopped when she felt the pain was manageable. She continues to take only two prescriptions: an antidepressant and night time medication for back spasms.

Carrie was laid off in April 2025 and, due to the loss of employment, she plans to auction off her house and declare bankruptcy. In July 2026, she moved back to Fort Bragg to live with and act as a caretaker for her mother. As soon as she was settled, she looked for a job and started working at a Subway. Outside of work, she spends her time helping her mother with transportation to doctor's appointments and grocery shopping. She also assists with many other household tasks including cleaning, gardening, and administering her mother's medications. She is managing her health with regular doctor visits and daily walks with her dog.

While this is all distressing, Carrie has an overall positive attitude about changes she can make in her life going forward. She has been seeing a counselor weekly and takes responsibility for her negative choices. She is honest, remorseful and reflective about the decisions that led her to this point and feels that this very difficult experience could ultimately make her a better person. She expresses a desire to go to college or job training to find a new opportunity for meaningful employment.

**Character Testimonials**

Everyone interviewed characterizes Carrie as kind and always concerned about others. They view her as persistent through many difficulties and always willing to help. She has had an undeniably positive impact on those she loved, providing support any way she could. People who knew her in childhood describe her as outgoing and fun, easy to make friends and a social magnet. As an adult, she is described as reliable, responsible and a hard worker who always helps out her friends and families. Below are some specific examples of how Carrie has shown up for others.

Carrie's mother, Chris Johnson, lived with Carrie from birth through high school and describes Carrie as "very soft-hearted" and "a sweetheart" who "just accepted people." She recalls her always offering to take care of others' children, and that she volunteered at a daycare her sister ran. Carrie was great with children and the kids responded to her love and dedication. She also says Carrie would "go along" to get along through her pain so she didn't become an issue or problem at work.

Carrie's father, Wayne Gianinni remembers her putting others first. He recalled her caretaking for her ailing grandmother and being aware of her family's financial stresses. He says "when I would take her school shopping, she was a responsible kid." When he would pick an item that she felt cost too much, she would refuse it, even if it was something she really wanted. She "didn't want to waste her father's money."

Carrie's older sister, Tracy Baltero, says she was a fun child who grew into a "helpful, reliable" adult who was "easy to get along with." She looks back on the year-and-a half Carrie lived with her in her trailer in Sacramento fondly. She "was a great help" even though "she needed some help too" and always pitched in. They both wanted to continue the arrangement, but Carrie moved for a job and Tracy eventually left the state.

Carrie met her best friend Christina Cavasos in 1995. Cristina describes her as "my most stable friend" who never lied and helped her out with rent when she needed it. When Christina got divorced, Carrie visited her regularly no matter the drive. "She knew I was dealing with things and didn't want to be a burden," Christina says. Carrie was there for a girl's night or as a wingman any time Christina needed support.

Brie Pitzner has been Carrie's friend and sometimes roommate since 1998. She says Carrie has "always shown kindness towards others and has consistently been someone people can rely on during difficult times." When they met, Brie was a single mother and looking for work. Carrie helped tremendously by providing a place to live that was a "safe and supportive environment for both my daughter and me." Carrie would even sometimes take Brie's daughter on visits to Fort Bragg to see her mother. Brie describes her as "my rock."

Andrea Small was a mail carrier when she met Carrie eight years ago at work. Carrie was a clerk at her office and they "called each other sisters." She describes Carrie as outgoing and says "if you need something, she would do it." She fondly recalls that, since they were the same size, Carrie would surprise her with clothing she bought. When Carrie was trying on something at a store and knew Andrea would like it, she would buy it and bring it to work. Carrie never asked for anything in return and had "a heart of gold." She even opened her house to Andrea and invited her to live there rent-free when she was going through a separation. Andrea regrets that she has been unable to talk to Carrie regarding the case due to work conflicts and her

position as a supervisor, but wants to be there for Carrie during the sentencing process however she can.

**Negative Effects of Incarceration**

Carrie's greatest concern about possible incarceration is her mother's ailing health. She fears losing time with her mother at the end of her life. Carrie has acted as a caretaker for her mother before and wants to live with her so she can provide needed support every day. She is unsure how her mother will be able to age at home without her help.

Carrie's friends and family are concerned with Carrie's mental and physical health and want to make sure she gets the treatment she needs. She has retreated into herself since the arrest and is not comfortable sharing much of her situation with them. That said, they are very worried about how life in prison would affect her considering what she has been through in the past. With her decades of chronic pain and mental health struggles that lead to a suicide attempt, they do not believe prison would be a rehabilitative experience. Many have offered to support Carrie however they can, hopefully returning the kindness, generosity and grace she has shown others throughout her whole life.