# Carrie Wallace- Treatment Plan

The Law Office of Megan T. Hopkins has engaged the services of Jennifer Ginger, Mitigation Specialist, to identify the mental and physical health needs of Ms. Carrie Wallace and develop a treatment plan in response. This treatment plan presents resources identified by the Law Office of Megan T. Hopkins and Ms. Wallace that will support her in the short-term and are sustainable for her long-term success. The resources presented below will address Ms. Wallace's needs and include *housing, mental health support, substance abuse disorder resources, medical needs, financial resources, transportation, important documents and pro-social supports.*

## ***Resources***

### Housing

As of August 1st, 2026, Ms. Wallace has moved back to Fort Bragg, CA to live with her mother, Chris Johnson. Before the move, Ms. Wallace had been regularly making the 5.5 hour drive to visit her mother and assist in her recovery from heart surgery. Now, she can be a live-in caretaker for her mother, an opportunity for which both Ms. Wallace and Ms. Johnson are grateful. Ms. Wallace provides vital support to help Ms. Johnson age comfortably at home, including driving her to appointments, doing the grocery shopping, maintaining the large yard and garden and household chores. Under this arrangement, Ms. Wallace has her own bedroom, does not pay rent and is able to save the money she earns from her job. She is glad to be able to play a role in supporting and assisting her mother as much as she can, and is also glad to be back in the small town where she grew up and where she has a number of healthy relationships and positive influences.

### Mental Health Treatment

Ms. Wallace has been seeing a counselor bi-weekly since her suicide attempt in February 2026. She was hospitalized from February 10th-14th following the attempt, after which she started on antidepressant medication and began regular therapy. Now that she is living in Fort Bragg, she is looking to attend counseling locally. She has been getting a prescription for antidepressants from her primary

care physician and will be receiving mental health care from the *Mendocino Coast Clinic Behavioral Health Office.*

The licensed psychologists and social workers at Mendocino Coast Clinic Behavioral Health Office provide a variety of services including counseling, psychotherapy and psychiatric medication management. Their focus is on patient care that is client-centered, trauma informed and integrated with primary care (which is particularly important since Ms. Wallace's primary care physician is a part of the broader clinic). Additionally, there is a team of case managers to provide additional support by linking patients with community resources and substance abuse treatment options.

Specific services and specialized treatment modalities provided by the MCC Behavioral Health Office include:

- Mental Health Evaluation
- Outpatient Treatment
- Crisis intervention
- Chronic illness and pain management
- Family-Based Treatment
- Acceptance and Commitment Therapy (ACT)
- Inference-Based Cognitive Behavioral Therapy (I-CBT)
- Trauma-Focused Cognitive Behavioral Therapy (TF-CBT)
- Mindfulness-Based Techniques
- Mind-Body Approaches
- Eye Movement Desensitization Therapy (EMDR)
- Motivational Interviewing
- Internal Family Systems (IFS)
- Emotional regulation strategies

**Mendocino Coast Clinic Behavioral Medicine & Counseling**
**(707) 964-1251**
**205 South Street (West Entrance)**
**Fort Bragg, CA 95437**
**Website:** Mendocino Coast Clinics Behavioral Health Office

## Substance Abuse Disorder Treatment

Aside from the partnership between her primary care physician and behavioral health support provider, Ms. Wallace will have access to free, daily meetings with *Alcoholics Anonymous, Narcotic Anonymous and SMART Recovery*, which can be attended in-person, by phone or through video conferencing. The case management team at *Mendocino Coast Clinics* can assist Ms. Wallace with locating meetings and connecting with providers as needed.

The Mendocino Coast Alcoholics Anonymous coalition hosts many different types of gatherings and community events as well as traditional AA meetings. These include, but are not limited to gratitude groups, book studies, motivational speakers, business/professional oriented meetings, outdoor outings and potlucks. In one typical week there are over 30 types of in-person meetings per month in the small town of Fort Bragg alone.

In addition, both Narcotics Anonymous and SMART Recovery provide two in-person meetings every week in Fort Bragg, as well as options regionally and online.

**Mendocino Coast Alcoholics Anonymous**
**Hotline: (877) 546-9286**
**Website:** mendocinocoastaa.com

**Mendocino Area Narcotics Anonymous**
**(707) 485-9110**
**Website:** www.mendona.org

**Smart Recovery**
**Website:** SMART Recovery Mendocino Area Meetings

## Medical Support

Ms. Wallace is eligible for and currently covered by *Medi-Cal*. Since moving to Fort Bragg, she has used her coverage at *Mendocino Coast Clinic*, a non-profit, community-based health center with a multitude of services. It is an accredited Patient-Centered Medical Home (PCMH) with a focus on coordinated care between departments and providers. She is currently working with *Dr. Muaj Lo*. Providers are available either during drop-in hours or by appointment.

Although Ms. Wallace does not currently report high levels of pain, Dr. Lo would be able to work with the clinic's *Chronic Pain Management Program* in the case of reinjury. They provide many services, such as therapy dedicated to those with chronic pain, acupuncture, nutrition guidance and patient advocacy.

Ms. Wallace additionally experienced sudden, inexplicable hearing loss in 2019 and is now deaf in her right ear. Doctors were unable to find a cause, and she now wears a hearing aid full-time. While she currently finds this manageable, it has caused issues in the past, particularly when she was working in a loud environment. If needed, she will have access to disability advocacy and support through *Redwood Coast Regional Center,* a community-based non-profit under contract with the California Department of Developmental Services.

**County of Mendocino Social Services Department- Fort Bragg Office**
**(707) 962-1000**
**764 S Franklin St**
**Fort Bragg, CA 95437**
**Website:** County of Mendocino Social Services

**Mendocino Coast Clinic Adult Medical Care**
**(707) 964-1251**
**205 South Street**
**Fort Bragg, CA 95437**
**Website:** Mendocino Coast Clinic Adult Medical Care

**Redwood Coast Regional Center- Fort Bragg Office**
**(707) 964-6387**
**121-A Boatyard Drive**
**Fort Bragg, CA 95437**
**Website:** Redwood Coast Regional Center

## Career Training and Mentoring Support

While Ms. Wallace is currently employed at Subway and is focused on caretaking for her mother, she has shown interest in furthering her education and exploring job training and support services. *CalWORKS Job Services* connects people with employment and training services and has a local office in Fort Bragg. They work with a variety of partners in Mendocino County to support clients' employment goals.

*CareerPoint Mendocino* is one local partner of CalWORKS. In addition to job search assistance, labor market information, and access to necessary technology, they accommodate clients with a variety of services which include:

- Referrals to training, education and certification programs
- Workshops on career readiness and professional development
- Access to employment recruitment opportunities (such as job fairs)

**CalWORKS Job Services- Fort Bragg Office**
**(707) 962-1000**
**764 S. Franklin Street**
**Fort Bragg, CA 95437**
**Website:** County of Mendocino Employment & Training Services

**CareerPoint Mendocino**
**(707) 708-3828**
**2550 N. State St**
**Suite 3**
**Ukiah, CA 95482**
**Website:** CareerPoint Mendocino

## Additional Financial Resources

In the case of a financial emergency, Ms. Wallace additionally would be able to apply for cash assistance through the *General Assistance or General Relief (GA/GR) Program,* which is run by a Board of Supervisors and managed individually at the county level. Ms. Wallace can access this program and any support needed applying at the *Mendocino County Social Services Fort Bragg Office.*

Acceptance into the GA/GR program would also most likely qualify her for *CalFresh* food assistance (California's SNAP program), which provides monthly financial support toward buying groceries. Ms. Wallace has expressed interest in learning about and accessing healthy foods to work toward her medical goals. Apart from guidance at the county office, there are resources such as *GetCalFresh.org* that assist with the application process.

There are also programs like *Homestyle Direct* that benefit Medicaid recipients with medically tailored meals designed by Registered Dietitian Nutritionists (RDNs) to support health goals through comprehensive nutrition care and home-delivered meals. The *Mendocino Food & Nutrition Program* also has a Fort Bragg location for grocery pickup and meal delivery services.

**Mendocino County Social Services- Fort Bragg Office**
**(707) 962-1000**
**764 S. Franklin Street**
**Fort Bragg, CA 95437**
**Website:** County of Mendocino General Assistance
**Website to Apply:** BenefitsCal
**Website for support from an Official State of California partner:** GetCalFresh.org

**Homestyle Direct**
**(866)-735-0921**
**Website:** Homestyle Direct for Medicaid Beneficiaries

**Mendo Food Network- Fort Bragg Location**
**(707) 964-9404**
**910 N. Franklin Street**
**Fort Bragg, CA 95437**
**Website:** Mendo Food Network- Fort Bragg

## Transportation

Ms. Wallace has reliable transportation to get to work, meetings, appointments and to provide her mother with assistance getting around town. She has a clean driving record and owns a 2018 Ford F-150 truck that is paid off and insured.

## Important Documents

Ms. Wallace has a current California driver's license as well as a social security card. Her license is valid until 2030. Should she need assistance renewing or replacing these documents, the Fort Bragg DMV and the Social Security Office in Ukiah are her local contacts.

**Fort Bragg DMV**
**(800) 777-0133**
**410 S. Franklin Street**

**Fort Bragg, CA 95437**
**Website: California DMV**

**Social Security Office -Ukiah**
**(888) 590-2706**
**521 S. Orchard Ave**
**Ukiah, Ca 95428**

## Pro-Social Supports

Ms. Wallace has a supportive family and network of friends who are all willing to assist in her continued recovery and provide accountability to help her stay on task in achieving her goals. While some live locally and others are out-of-state, all of these contacts are deeply invested in Ms. Wallace's success and want to see her thrive. These connections to family and community will serve as additional layers of protection and emotional support.

**Chris Johnson**
Relationship: Mother

**Tracy Baltero**
Relationship: Sister

**Chritina Cavasos**
Relationship: Best Friend since 1995

**Brie Van Loo (Pitzner)**
Relationship: Close Friend since 2008

**Andrea Small**
Relationship: Friend, Co-worker since 2017