September 14, 2026

Dear Honorable Judge Dale A. Drozd:

I am writing this letter on behalf of Carrie Wallace, whom I have known for 18 years as one of my best friends and former roommate.

During the time I have known Carrie, I have found her to be a caring, respectful, and dependable person. She has always shown kindness toward others and has consistently been someone people can rely on during difficult times. Carrie has always been the type of person who chooses to help others, even when it may not have been the best option for herself. She would truly give the shirt off her back to someone in need.

When Carrie and I first met, I was a single mother searching for work. She became my rock and created a safe and supportive environment for both my daughter and me while we navigated a difficult period in our lives. She was wonderful with my daughter and even brought her along on trips to visit her family in Fort Bragg.

Carrie also struggled with her weight for many years and was highly motivated to improve her health so she could regain strength in her body and reduce the pain and discomfort caused by previous injuries. She dreamed of becoming a mother one day, and I believe that goal was a significant part of her motivation. She ultimately underwent gastric bypass surgery and successfully lost a substantial amount of weight through determination and hard work.

I have personally witnessed Carrie's dedication to her family, work, and friendships. When a mutual friend lost her job, Carrie stepped in to provide financial assistance and help with babysitting. She was equally devoted to her family, often driving to Fort Bragg to help her mother with gardening and household tasks after her mother injured her shoulder. Carrie was also highly respected in her previous employment due to her strong work ethic and reliability.

I know from speaking with Carrie recently that she has endured several significant personal hardships, including multiple miscarriages, a third knee replacement, and a divorce resulting from her husband's infidelity. Despite these challenges, she has consistently given so much of herself to the people in her life and, unfortunately, has not always received the same support and care in return. That, however, is exactly the kind of person I know Carrie to be — generous, compassionate, and selfless no matter the circumstances.

While I understand the seriousness of the charges, I do not believe this situation fully defines Carrie's character or the person she truly is. She has expressed genuine remorse and understands the consequences of her actions.

I respectfully ask that you consider Carrie's positive qualities, personal circumstances, and potential for rehabilitation when making any decisions. I truly believe she is capable of learning from this experience and moving forward in a positive and productive direction. Thank you for your time and consideration.

Respectfully,

Brie Van Loo (Pitzner)

Exhibit C: Letters of Support

**The Honorable Dale A. Drozd**

**Re: Carrie Wallace**

Dear Judge Drozd,

My name is Andrea Small, and I am now a Supervisor at the United States Post Office. I first met Carrier Wallace 9 years ago when I first started at the post office as a carrier and her as a clerk.

Carrie is one of the kindest people I have ever met. She is a very generous person and the reason I say this is because ever since we met, she will do it for others. A good example is her and I wore the same size and if she bought a shirt for herself, she would buy one for me. On my way to work she would text and ask if I could stop off at Starbucks and pick up coffee or breakfast sandwiches. She would always tell me to get something for yourself as well. We would take turns doing things for each other and that is just the way our friendship is.

Since this matter occurred, I have witnessed Carrie admitting her mistake and taking ownership of her actions. She has even gone to the length of counseling to help her, and that is not an easy thing to do, but she admitted it was helping her. I see her learning from this and putting her life back together and being a great asset to her family and friends. While speaking with Carrier and visiting, she has said that she has reflected on her actions, learned from this experience, and am committed to making better decisions in the future. This situation has been a difficult but important lesson for her.

Carrie would benefit from community confinement then prison as she would be available at home to help take care of her elderly parents who could tremendously benefit from her being at home. She could also continue with counseling and be able to find some work to keep her occupied and fulfill her time.

I believe she should be at home for the sake of family and her friends. We could be a great support team to her on the outside and help with what she needs to be able to put her life back together.

Thank you for your time, consideration, and service. I greatly appreciate the opportunity to present this request to the Court.

Respectfully,

Andrea Small

Andrea Small