9-12-26

Honorable Dale A. Drozd

My name is Chris Johnson
I live in Fort Bragg with my
husband Roland. We have
lived in Fort Bragg since 1964
Most of our children have
moved away - to Idaho. Needless t
Say, we are thrilled to ha
Carrie (Wallace) back in the nest
Shes a good Kid and a big
help to me. This last year
I have had some heart
problems and dizzy spells.
Carrie has been a huge help.
I worked at the Ft Bragg
Post office + retired 12 years
ago. I Know what it's like. Sh
worked long hard hours bec
she was so fast. She had
a lot of pain. She doesn't

she should have handled it differently.

Thank you for your time. We love our Carrie

Chris & Roland Johnson
[redacted]
Fort Bragg Ca. 9543
[redacted]